570 A.2d 986

ALMA GOODMAN v. KEITH CHRISTIAN, TRACEY MITCHELL, AND THE UNSATISFIED CLAIM AND JUDGMENT FUND BOARD.

December 5, 1989.

Petition for certification denied.

570 A.2d 986

STATE OF NEW JERSEY v. FERNANDO CASAMOR.

December 5, 1989.

Petition for certification denied.

570 A.2d 986

STATE OF NEW JERSEY v. DAVID J. WALSH.

December 5, 1989.

Petition for certification denied.

570 A.2d 986

STATE OF NEW JERSEY v. CHARLES VARA.

December 21, 1989.

Petition for certification denied.